IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAMUN HASAN,

   Petitioner,

     v.

FIELD OFFICE DIRECTOR
Bureau of Immigration and Customs
Enforcement, U.S. Department of
Homeland Security, Atlanta, Georgia,
et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:06-CV-2449-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the Petition be dismissed without prejudice as premature. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 1 day of December, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Hasan\r&r.wpd